UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
YISROEL KATZOFF on behalf of himself and
all other similarly situated consumers

                                                    12 CV 3102 (ILG) (LB)

                Plaintiff,

       -against-


AMERICAN CORADIUS INTERNATIONAL LLC

                Defendant.
-------------------------------------------------------------

## PROPOSED SCHEDULING ORDER

      Plaintiff, Yisroel Katzoff, by his attorney, Adam J. Fishbein and defendant, American Coradius International LLC by its attorneys, Sessions, Fishman, Nathan & Israel by Aaron R. Easley, submit the following proposed joint discovery plan in the captioned action:

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26 (a): | 10/10/12 |
| First request for production of documents and first request for Interrogatories due by: | 10/30/12 |
| Responses to first request for production of documents and first set of interrogatories due by: | 12/10/12 |
| Deadline for joinder of additional parties and amendment of pleadings: | 12/30/12 |
| <u>Status Conference</u>: | _____ |
| All discovery, including production of all expert reports, if any, to be completed by: | 2/15/13 |
| Dispositive motion process started by: | 2/28/13 |
| Joint pretrial order due by: | 3/30/13 |
| <u>Pretrial Conference</u>: | _____ |

Dated: Cedarhurst, New York
October 10, 2012

        /s/
_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney for Plaintiff
483 Chestnut Street
Cedarhurst, New York 11516
(516) 791-4400

      /s/
_____
Michael D. Slodov
Sessions, Fishman, Nathan & Israel, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
 (440) 318-1073
 (fax) (216) 359-0049
 (email) mslodov@sessions-law.biz

Counsel for Defendant,
American Coradius International, LLC


So Ordered:


_____
LOIS BLOOM
U.S. Magistrate Judge

Dated: