**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

November 19, 2012

**VIA ECF**
The Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Katzoff v. American
         12 CV 3102 (ILG) (LB)**

Dear Magistrate Judge Bloom:

I represent the plaintiff in the above matter.  Please be advised that the matter has just settled this morning on an individual basis.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:  Aaron R. Easley, Esq.