## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

YISROEL KATZOFF, on behalf of himself
and all other similarly situated consumers,

        Plaintiff,

                              12-cv-3102 (ILG)

   v.

AMERICAN CORADIUS INTERNATIONAL, LLC
        Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Yisroel Katzoff ("Plaintiff"), and American Coradius International, LLC hereby file this joint stipulation of dismissal with prejudice. The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice. The Court shall retain jurisdiction over the settlement. Each party will bear its own fees and costs.

Dated, this 29th day of November, 2012.

| | |
|---|---|
| /s/ Adam J. Fishbein, P.C. | /s/ Aaron R. Easley |
| Adam J. Fishbein, P.C. | Aaron R. Easley, Esq. (ae9922) |
| Attorney at Law | SESSIONS, FISHMAN, NATHAN & |
| 483 Chestnut Street | ISRAEL, LLC |
| Cedarhurst, NY 11516 | 200 Route 31 North, Suite 203 |
| Telephone: (516) 791-4400 | Flemington, NJ 08822-5736 |
| Facsimile: (516) 791-4411 | Telephone: (908) 751-5940 |
| *Attorneys for Plaintiff* | Facsimile: (908) 751-5944 |
| | aeasley@sessions-law.biz |
| | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.