UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 29 2012 ★

BROOKLYN OFFICE

YISROEL KATZOFF, on behalf of himself
and all other similarly situated consumers,

    Plaintiff,

12-cv-3102 (ILG)

v.

AMERICAN CORADIUS INTERNATIONAL, LLC
    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Yisroel Katzoff ("Plaintiff"), and American Coradius International, LLC hereby file this joint stipulation of dismissal with prejudice. The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice. The Court shall retain jurisdiction over the settlement. Each party will bear its own fees and costs.

Dated, this 29th day of November, 2012.

/s/ Adam J. Fishbein, P.C.
Adam J. Fishbein, P.C.
Attorney at Law
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: (516) 791-4400
Facsimile: (516) 791-4411
*Attorneys for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN &
ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, NJ 08822-5736
Telephone: (908) 751-5940
Facsimile: (908) 751-5944
aeasley@sessions-law.biz
*Attorneys for Defendant*

SO ORDERED:

    s/ILG

U.S.D.J.     11/29/12